STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-1070
consolidated with
CA 03-1068, CA 03-1069, CA 03-1071, CA 03-1072


DARVIN RAMIREZ

VERSUS

PPG INDUSTRIES, INC., OLIN CORPORATION, ARCO CHEMICAL
CORPORATION, LYONDELL CHEMICAL WORLDWIDE, INC., AND
AUGER SREVICES, INC.


**********
APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 99-8505
HONORABLE D. KENT SAVOIE, DISTRICT JUDGE
**********
**ARTHUR J. PLANCHARD,
JUDGE PRO TEMPORE**
**********

Court composed of Billie Colombaro Woodard, Elizabeth A. Pickett, and Arthur J. Planchard, Judges.

                                                          **AFFIRMED.**

**Tina Louise Wilson Esq.**
**Cox, Cox, Filo & Camel**
**723 Broad Street**
**Lake Charles, LA 70601**
**Counsel for Plaintiff/ Appellant:**
    **Edward Trent, Jr., individually& as**
    **admin. of the estate Brandon Williams &**
    **Sandy Ann Jackson Trent, individually**

**William B. Monk**
**David L. Morgan**
**Stockwell, Sievert, Viccellio,**
**Clements & Shaddock, L.L.P.**
**PO Box 2900**
**Lake Charles, LA 70602**
**Counsel for Defendant/Appellee:**
    **PPG Industries, Inc.**

PLANCHARD, Judge.

For the reasons set forth in the companion case hereto, *Reed, et. al. v. PPG Indus., Inc., et. al.*, 03-1068 (La.App. 3 Cir. __/__/__), ___ So.2d ___, the judgment of the trial court is affirmed. Costs of this appeal are to be paid by the Appellant.

**AFFIRMED.**